| PROB 22<br>(Rev. 2/88) | DOCKET NUMBER *(Tran. Court)*<br>2:17CR00319RSM-001 |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)*<br>2:22-cr-00270-CDS-DJA-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Western Washington | Seattle |

| | NAME OF SENTENCING JUDGE | | |
|---|---|---|---|
| Kwangbae P. Kim<br>3150 North Soft Breezes Drive<br>Unit 1182<br>Las Vegas, NV. 89128 | The Honorable Ricardo S. Martinez, United States District | | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>5/17/2021 | TO<br>5/16/2024 |

**OFFENSE**

| 26 U.S.C. § 7206(2) | Aiding or Advising False Income Tax Return |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |
| 18 U.S.C. § 1028A | Aggravated Identity Theft |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Western_____ DISTRICT OF _____Washington_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of Nevada  upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11/30/2022
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF   Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

December 1, 2022
_____
Effective Date

_____
United States District Judge

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Kwangbae P Kim
Case No.:  TO BE ASSIGNED

**REQUESTING ACCEPTANCE OF JURISDICTION**

November 30, 2022

TO:    United States District Judge

On August 10, 2018, Kwangbae P. Kim was sentenced in the Western District of Washington to a term of 37 months imprisonment followed by three (3) years of supervised release for the offense(s) of Aiding and Advising False Income Tax Return, Wire Fraud, and Aggravated Identity Theft. Kim was released from custody on May 17, 2021, and commenced her supervised release term in the District of Nevada.

Kim has no intention of returning to the Western District of Washington. As such, the Probation Office recommends that the Court accept jurisdiction of the case.  As noted by his digital signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Court Judge Ricardo S. Martinez has agreed to relinquish jurisdiction. Should the Court agree with this request, the Transfer of Jurisdiction form is attached for your Honor's signature.

If you should have any questions, please contact the undersigned officer at (702) 527-7266.

Respectfully submitted,

Digitally signed
by Briana Casey
Date: 2022.12.01
08:44:38 -08'00'

Briana Casey
United States Probation Officer Assistant

Approved:

Digitally signed by Joy Gabonia
Date: 2022.12.01 06:31:49
-08'00'

Joy Gabonia
Supervisory United States Probation Officer